UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**OFFSHORE SERVICE VESSELS, L.L.C., ET AL.**                                **CIVIL ACTION**

**VERSUS**                                                                  **No. 12-1311**

**SURF SUBSEA, INC.**                                                       **SECTION I**

## JUDGMENT

Considering the record, the Court's order dismissing plaintiffs' claims against defendant, and the law, for the reasons assigned,

**IT IS ORDERED** that the above-captioned cause of action is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, October 17, 2012.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**